1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY Y. PICA and TESSIE Y. PICA,

11          Plaintiffs,                No. 2:09-cv-02372 GEB KJN

12      v.                            ORDER

13   WELLS FARGO BANK, N.A. AS
     SUCCESSOR IN INTEREST TO
14   WACHOVIA MORTGAGE, F.S.B. AS
     SUCCESSOR IN INTEREST TO
15   WORLD SAVINGS BANK, F.S.B., et al.,

16          Defendants.

17   _____/

18          The undersigned hereby disqualifies himself from this action pursuant to

19   28 U.S.C. § 455(b).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer

20   this case to another available United States Magistrate Judge for any further proceedings which

21   may be appropriate or required.

22   DATED:  May 11, 2010

23

24   _____
     KENDALL J. NEWMAN
25   UNITED STATES MAGISTRATE JUDGE

26

                                    1